**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00848-CV

**LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL, Appellants**

**V.**

**GREENVILLE LANDMARK VENTURE, ET AL, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 10-02411-D**

## ORDER

We **GRANT** appellants' March 14, 2013 motion to amend their appellate brief. We

**ORDER** appellants' amended brief tendered to this Court on March 14, 2013 filed as of the date

of this order.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE